STATE of Missouri, Respondent,

v.

David Paul CRUESOE, Appellant.

David Paul CRUESOE,
Movant–Appellant,

v.

STATE of Missouri, Respondent.

No. 57570.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 13, 1990.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 12, 1990.

Application to Transfer Denied
Jan. 9, 1991.

Dave Hemingway, St. Louis, for appellant.

William L. Webster, Atty. Gen., Robert P. Sass, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM.

Movant appeals denial of his Rule 27.26 motion for post-conviction relief after an evidentiary hearing. The findings and conclusions of the motion court are not clearly erroneous. An extended opinion would have no precedential value. We have studied the trial transcript and legal file on direct appeal together with the motion hearing transcript and legal file. We find the factual statements and legal analysis of the issues in the state's brief to be supported by the records and the law. Judgment affirmed in accordance with Rule 84.-16(b).

STATE of Missouri,
Plaintiff/Respondent,

v.

Dennis PULLEN, Defendant/Appellant.

No. 57589.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 13, 1990.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 12, 1990.

Application to Transfer Denied
Jan. 9, 1991.

Henry B. Robertson, Deborah B. Wafer, St. Louis, Lew A. Kollias, Columbia, for defendant/appellant.

William L. Webster, Atty. Gen., Christine A. Alsop, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

## ORDER

PER CURIAM.

Defendant appeals his conviction of the class B felony of first degree assault.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).